AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

SEP 04 2014

David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. B-14-828-mJ |
| Jonathan GUERRA-Castillo | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of September 3, 2014 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21, United States Code, Section(s) 841 & 846 | knowingly and intentionally possess with intent to distribute approximately 8.76 kilograms of crystallized methamphetamines, a Schedule II controlled substance, and did conspire with persons known and unknown to knowingly and intentionally possess with intent to distribute approximately 8.76 kilograms of crystallized methamphetamines, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

On September 3, 2014, Homeland Security Investigations (HSI), Brownsville, Texas special agents responded to a call from the Brownsville/Matamoros International Bridge. U.S. Customs and Border Protection Officers discovered six packages of clear rock like substance in the quarter panels of a Ford Focus bearing Mexican license plates ▓▓▓▓▓▓▓ The rock like substance field tested positive for the properties of methamphetamines. The total weight of the packages is 8.76 kilograms. The driver of the vehicle was Jonathan GUERRA-Castillo a citizen of Mexico. HSI special agents Mirandized GUERRA, who agreed to waive his rights and speak with agents. During the interview, GUERRA admitted he knew there were drugs in the vehicle and that he was to be paid $2,000.00 USD to smuggle the narcotics from Mexico into the United States.

☐ Continued on the attached sheet.

*Complainant's Signature*

Esteban Mejia, HIDTA Taskforce Officer
*Printed name and title*

Sworn to me before and signed in my presence.

Sept 4, 2014
*Date*

*Judge's signature*

Brownsville, Texas
*City and State*

Ronald G. Morgan    U.S. Magistrate Judge
*Printed name and title*